**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**RICKY NELSON ESPINOSA, et al.,**
**Plaintiffs**

**v.**                                                            **CIVIL NO.: 04-2352(DRD)**

**EMPIRE GAS CORPORATION INC., et al.,**
**Defendants**

---

**JUDGMENT**

For the reasons set forth in the **DISMISSAL ORDER WITHOUT PREJUDICE** issued by the Court on this same day, the case is **DISMISSED WITHOUT PREJUDICE**.  **Judgment** is entered.

**THIS CASE IS CLOSED FOR ALL STATISTICAL PURPOSES.**

---

       **IT IS SO ORDERED, ADJUDGED, AND DECREED.**
In San Juan, Puerto Rico this 28th day of July 2005.

                                           **S/DANIEL R. DOMINGUEZ**
                                            **DANIEL R. DOMINGUEZ**
                                              **U.S. DISTRICT JUDGE**